■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VERE, Appellant. [966 NYS2d 690]—Appeal by the defendant from an order of the County Court, Dutchess County (Forman, J.), dated February 14, 2012, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court properly assessed him 15 points under risk factor 11 for a history of alcohol abuse (*see People v Finizio*, 100 AD3d 977, 978 [2012]; *People v Harris*, 93 AD3d 704, 705 [2012]; *People v Goodwin*, 49 AD3d 619, 620-621 [2008]; *see generally People v Palmer*, 20 NY3d 373 [2013]). Accordingly, the defendant's assessment as a level two sex offender will not be disturbed. Dillon, J.P., Angiolillo, Chambers and Hinds-Radix, JJ., concur.